Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jesus Jacobo Zepeda

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESUS JACOBO ZEPEDA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-03551-AFM<br><br>~~/PROPOSED/~~ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 11/8/2017

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

DATE: November 6, 2017          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Brian C. Shapiro*
                            BY: _____
                                Brian C. Shapiro
                                Attorney for plaintiff Jesus Jacobo Zepeda

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:17-CV-03551-JAK-AFM

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 6, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____